# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Frankfort Division**

| | | |
|---|---|---|
| Daniel White | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Universal Fidelity, LP | ) | |
|    *Defendant* | ) | |
| Serve: | ) | |
|     Terry W. Simonds | ) | |
|     16325 Westheimer Road | ) | |
|     Houston, TX 77082 | ) | |
| | ) | |
| Link Revenue Resources, LLC | ) | |
|    *Defendant* | ) | |
| Serve: | ) | |
|     The Corporation Trust Co. | ) | |
|     Corporation Trust Center | ) | |
|     1209 Orange Street | ) | |
|     Wilmington, DE 19801 | ) | |
| | ) | |
| Jewish Hospital Shelbyville | ) | |
| *Assumed name for* | ) | |
| Jewish Hospital & St. Mary's Healthcare, Inc. | ) | |
|    *Defendant* | ) | |
| Serve: | ) | |
|     CT Corporation System | ) | |
|     306 West Main Street | ) | |
|     Suite 512 | ) | |
|     Frankfort, KY 40601 | ) | |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1.   This is an action brought by Plaintiff Daniel White for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA"), and for declaratory relief that KRS 404.040 is unconstitutional.

## JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, the FDCPA, 15 U.S.C. §1692k(d), and 28 U.S.C. § 2201.

## PARTIES

3. Plaintiff Daniel White is a natural person who resides in Shelby County, Ky. Mr. White is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a (3).

4. Defendant Universal Fidelity, LP ("Universal Fidelity") is a third-party debt collector whose principal office is located at 900 Threadneedle Street, Suite 600, Houston, TX 77079-2998.

5. Universal Fidelity regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

6. According to its website, Defendant Link Revenue Resources, LLC ("Link Revenue") "partner[s] with healthcare organizations to provide analytical solutions to recover incremental cash after [a healthcare organization's] current revenue cycle has reached completion." Link Revenue's principal office is located at 4891 Ronson Court, San Diego, CA 92111.

7. Link Revenue regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

8. Jewish Hospital Shelbyville, assumed name for Jewish Hospital & St. Mary's Healthcare, Inc. ("Jewish Hospital") is a for-profit corporation whose principal office is located at 200 Abraham Flexner Way, Louisville, KY 40202.

## STATEMENT OF FACTS

9. Plaintiff Daniel White is happily married to Tammy White.

10. The Whites consider their marriage a marriage of co-equals.

11. Ms. White may have received medical treatment from Defendant Jewish Hospital Shelbyville ("Jewish Hospital") in August of 2014.

12. The alleged August 2014 medical treatment rendered to Mrs. White was for personal purposes, which makes the Jewish Hospital debt a "debt" within the meaning of the FDCPA.

13. Universal Fidelity sent Mr. White a dunning letter dated May 1, 2017 in attempt to collect the Jewish Hospital debt from Mr. White.

14. A true and accurate copy of Universal Fidelity's May 1st letter is attached as Exhibit "A."

15. Universal Fidelity's letter identified Link Revenue as the "Master Servicer" of the debt, Jewish Hospital as the original creditor of the debt, Tammy White as the patient, and Daniel White as the "Guarantor" of the debt.

16. On May 10, 2017, Mr. White, by counsel, sent Universal Fidelity a timely debt validation and verification letter under the FDCPA. 15 U.S.C. § 1692g(b).

17. In response to Mr. White's letter, Universal Fidelity sent Mr. White a response that included an account itemization that listed Tammy White as the patient.

18. The account itemization includes no reference to Daniel White as receiving treatment or care.

19. The Jewish Hospital debt concerns medical services rendered only to Mrs. White.

20. The Jewish Hospital debt does not concern medical services rendered to Mr. White.

21. KRS 404.040 is Jewish Hospital's, Link Revenue's, and Universal Fidelity's sole basis for attempting to collect Mrs. White's medical debt from Mr. White.

22. KRS 404.040 provides:

> The husband shall not be liable for any debt or responsibility of the wife contracted or incurred before or after marriage, except to the amount or value of the property he received from or by her by virtue of the marriage; but **he shall be liable for necessaries furnished to her after marriage.**

Bolding added.

23. KRS 404.040 is a codification of the common-law necessaries doctrine.

24. KRS 404.040 violates the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution by discriminating on the basis of gender. In particular, KRS 404.040 makes a husband liable for the necessary expenses of his wife. But there is no Kentucky statute or law that makes a wife liable for the necessary expenses of her husband.

25. "There is no question that, when applied only to men, the necessaries doctrine offends the principle of equal protection under the law." *Medical Ctr. Hosp. v. Lorrain*, 165 Vt. 12, 675 A.2d 1326 (Vt. 1996). *Accord North Ottawa Community Hosp. v. Kieft*, 578 N.W.2d 267

(Mich. 1998); *Connor v. Southwest Fla. Reg'l Medical Ctr.*, 668 So. 2d 175, 176 (Fla. 1995); *Emanuel v. McGriff*, 596 So. 2d 578 (Ala. 1992); *Condore v. Prince George's County*, 425 A.2d 1011 (Md. 1981); *Schilling v. Bedford County Memorial Hosp., Inc.,* 303 S.E.2d 905 (Va. 1983).

26.   Universal Fidelity and Link Revenue violated the FDCPA by attempting to collect a debt from Mr. White that he did not incur and does not owe.

## CLAIMS FOR RELIEF

### I.   Declaratory Relief

27.   Plaintiff Daniel White requests that this Court declare that KRS 404.040 is unconstitutional violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution.

28.   Plaintiff Daniel White requests that this Court declare that Plaintiff Daniel White does not owe the Jewish Hospital medical debt incurred by his wife.

### II.   Violation of the FDCPA

29.   The foregoing acts and omissions of Universal Fidelity, LP and Link Revenue Resources, LLC. violate the FDCPA, including 15 U.S.C. § 1692e and 15 U.S.C. § 1692f and one or more subsections of each statute.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Daniel White requests that the Court grant him the following relief:

1.   Award Plaintiff maximum statutory damages against Universal Fidelity, LP and Link Revenue Resources, LLC under the FDCPA;

2.   Award Plaintiff actual damages against each Defendant;

3.   Declare that KRS 404.040 is unconstitutional violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution;

4.   Declare that Plaintiff does not owe the Jewish Hospital debt incurred by his wife;

5.   Award Plaintiff reasonable attorney's fees and costs;

6.   A trial by jury; and

7. Such other relief as may be just and proper.

        Respectfully submitted,

        /s/ James H. Lawson
        **James H. Lawson**
        *Lawson at Law, PLLC*
        115 S. Sherrin Avenue, Suite 4
        Louisville, KY 40207
        Tel: (502) 473-6525
        Fax: (502) 473-6561
        james@kyconsumerlaw.com