UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DANIEL WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:17-cv-00044-GFVT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNIVERSAL FIDELITY, LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

In accordance with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Defendants;

2. This is a **FINAL** and **APPEALABLE ORDER,** there is no just cause for delay; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This 19th day of October, 2018.

Gregory F. Van Tatenhove
United States District Judge